# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

Brenda Hicks                **Repayment Agreement and Order**        No: 5:23-CR-00041-001

On September 5, 2024, Brenda Hicks was sentenced to 366 D imprisonment followed by a 36 month term of supervised release.

After a review of her financial status, the following repayment agreement has been reached with Ms. Hicks. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.       As a result of the judgment entered against me on September 5, 2024, I have been ordered to pay a total restitution of $191,645.20 and a special assessment of $100.00.

2.       On May 30, 2025, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on February 11, 2025. The current balance of my restitution is $190,102.71.

3.       After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of June, 2026, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $100.00 per month during the term of supervision.

_____                          _____5/5/26_____
              Brenda Hicks                                                                          Date

_____                          ___05/05/26_____
Todd L. Smith, USPO - Firearms Specialist                                        Date

_____                          ___5/6/26_____
        Assistant U.S. Attorney                                                               Date

---

**THE COURT ORDERS:**

☒ Approval    ☐ Disapproval

                                                         _____
                                                         Marc T. Treadwell
                                                         U.S. District Judge

                                                         ___5/8/2026_____
                                                         Date